## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Jackson, Darrin | § § § § | Case No. 08 B 34080 |
|---|---|---|---|
| | Debtor | | |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)    The case was filed on 12/12/2008.

    2)    The plan was confirmed on 02/24/2009.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on 09/01/2009.

    5)    The case was dismissed on 09/15/2009.

    6)    Number of months from filing or conversion to last payment: 5.

    7)    Number of months case was pending: 10.

    8)    Total value of assets abandoned by court order: (NA).

    9)    Total value of assets exempted: $56,850.00.

    10)    Amount of unsecured claims discharged without full payment: $0.

    11)    All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,840.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$2,840.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,195.16 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $193.12 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,388.28** |
| Attorney fees paid and disclosed by debtor | $599.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Americredit Financial Ser Inc | Secured | $14,893.31 | $14,893.31 | $14,893.31 | $1,451.72 | $0 |
| Chase Home Finance | Secured | $10,885.82 | $10,885.82 | $10,885.82 | $0 | $0 |
| Chase Home Finance | Secured | $173,453.00 | $171,048.58 | $171,048.58 | $0 | $0 |
| Cook County Treasurer | Secured | $0 | NA | NA | $0 | $0 |
| Americas Financial Choice Inc | Unsecured | $385.00 | $843.69 | $843.69 | $0 | $0 |
| Americredit Financial Ser Inc | Unsecured | NA | $0 | $0 | $0 | $0 |
| Bank Of America | Unsecured | $1,100.00 | NA | NA | $0 | $0 |
| Cash Call | Unsecured | $2,582.00 | $3,390.30 | $3,390.30 | $0 | $0 |
| Chicago Municipal Employees CU | Unsecured | $1,066.00 | $940.45 | $940.45 | $0 | $0 |
| CitiFinancial | Unsecured | $14,634.00 | $9,350.48 | $9,350.48 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $1,368.00 | $1,512.02 | $1,512.02 | $0 | $0 |
| GC Services | Unsecured | $887.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Loan Machine | Unsecured | $800.00 | $1,348.37 | $1,348.37 | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $608.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $199.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $199.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Medical Business Bureau Inc | Unsecured | $199.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $199.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $50.00 | NA | NA | $0 | $0 |
| National Quick Cash | Unsecured | NA | $428.39 | $428.39 | $0 | $0 |
| National Quick Cash | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Nationwide Acceptance Corp | Unsecured | $3.00 | NA | NA | $0 | $0 |
| Nationwide Acceptance Corp | Unsecured | $1,822.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $35.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $1,500.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $800.00 | $348.40 | $348.40 | $0 | $0 |
| T Mobile USA | Unsecured | NA | $337.38 | $337.38 | $0 | $0 |
| TRI State Financial | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $235.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $171,048.58 | $0 | $0 |
| Mortgage Arrearage | $10,885.82 | $0 | $0 |
| Debt Secured by Vehicle | $14,893.31 | $1,451.72 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $196,827.71 | $1,451.72 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $18,499.48 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,388.28 |
| Disbursements to Creditors | $1,451.72 |
| **TOTAL DISBURSEMENTS:** | $2,840.00 |

      12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: October 27, 2009     By: /s/ MARILYN O. MARSHALL
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.